CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
MINA CHANG
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.3663/ Fax: 702.388.6418
mina.chang@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>PEDRO LAZARO HERNANDEZ,<br><br>             Defendant. | Case No. 2:22-mj-00132-DJA<br><br>ORDER to Continue Trial<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Navid Afshar, counsel for the defendant, that the bench trial in the above-captioned matter, currently scheduled for March 23, 2022 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 21 days.

     This stipulation is entered into for the following reasons:

     1.    Defendant's counsel would like to meet with his client to review discovery.

     2.    Given wait time to obtain a video visit, defendant's counsel needs more time to coordinate discovery disclosure with his client.

3. There is additional discovery defendant would like to request.

4. The parties will attempt to discuss a resolution.

5. Defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials, prepare for trial, and explore a pretrial resolution.

8. This is the first request for continuance of the trial in this case.

DATED this  22nd  day of March, 2022.

                                    Respectfully submitted,

                                    CHRISTOPHER CHIOU
                                    Acting United States Attorney

*/s/ Navid Afshar*                        */s/ Mina Chang*

NAVID AFSHAR, AFPD               MINA CHANG
Counsel for defendant                Assistant United States Attorney
**PEDRO LAZARO HERNANDEZ**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO LAZARO HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00132-DJA<br><br>**ORDER** |

　　Based on the pending Stipulation of counsel, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for March 23, 2022, at the hour of 9:00 a.m. is hereby VACATED, and RESET for April 27, 2022, at 9:00 a.m., Courtroom 3A.

　　DATED this 22nd day of March, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE